UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIE BASCLE AND DEREK BASCLE | * | CIVIL ACTION NO: 2:23-cv-05711-SSV-MBN |
| | * | |
| VERSUS | * | JUDGE: R |
| | * | |
| STATE FARM FIRE & CASUALTY COMPANY | * | MAGISTRATE: 5 |

**************************************************************************

### ORDER OF DISMISSAL

Considering the forgoing Motion:

**IT IS HEREBY ORDERED** that the above numbered and entitled cause being the same is hereby dismissed with prejudice, with each party to bear its own costs of court.

**THUS DONE AND SIGNED** in Chambers on this  3rd   day of _____December_____, 2024.

_Sarah Vance_
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**